396 A.2d 31

Commonwealth v. William Holmes, Appellant.

Submitted March 20, 1978. John W. Packel, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.